## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Crim. No.   06-86-P-S** |
| ) | |
| **MICHAEL L. RANDALL,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 43) filed February 28, 2007, the Recommended Decision is <u>AFFIRMED</u>.

Accordingly, it is <u>ORDERED</u> that Defendant's Motion to Dismiss based on Pre-accusatory Delay (Docket No. 19) is <u>DENIED.</u>

                                              _/s/ George Z. Singal_
                                              Chief United States District Judge

Dated this 20th day of March, 2007.